IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SERAFIN ESQUIVEL-PADILLA**
Reg #30296-074                                                                                         **PETITIONER**

v.                                          **Case No. 2:19-cv-00106-KGB**

**DEWAYNE HENDRIX, Warden**
**Forrest City Federal Correctional Institution**                                   **RESPONDENTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Serafin Esquivel-Padilla's petition with prejudice and denies the requested relief.

So adjudged this the 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge